GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (Cal. Bar No. 236173)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3275
    Fax: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Defendant
Transportation Security Administration

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD MAKABI,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 09-6042 R (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Hon. Manuel L. Real] |

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

DATED: November 5, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE